**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 234 WAL 2023

Respondent     :

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

v.     :

JOSEPH PLESO,     :

Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.